ERASTUS MAYO, Respondent, *v.* CHARLES J. SHUTTLEWORTH, impleaded, etc., Appellant.

(Submitted June 11, 1874; decided September 22, 1874.)

*Franklin D. Locke* for the appellant.

*H. C. Day* for the respondent.

Agree to affirm. No opinion.

All concur; CHURCH, Ch. J., and JOHNSON, J., concurring in result.

Order affirmed.